IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$14,245.67 IN UNITED STATES CURRENCY SEIZED FROM CAPITAL ONE BANK ACCOUNT NO. XXX4049<br><br>$64,707.34 IN UNITED STATES CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. XXX1501<br><br>$78,451.83 IN UNITED STATES CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. XXX2062<br><br>$344,900.00 IN UNITED STATES CURRENCY SEIZED FROM 117 KING RANCH COURT IN FORT WORTH, TEXAS,<br>    Defendant Property *In Rem*. | Civil Case No. 3:13-CV- 4495-N |

ORDER TO STAY CIVIL FORFEITURE ACTION

Having reviewed and considered the Government's Unopposed Motion and Brief to Stay Civil Forfeiture Action, the Court finds that good cause exists to stay this forfeiture action until the conclusion of the related criminal case, and the motion is hereby **granted**. IT IS THEREFORE ORDERED that the proceedings in this case are stayed until the resolution of the related criminal case, and the Plaintiff shall file a report concerning the status of the

Order to Stay Civil Forfeiture Action– Page 1

related criminal matters within 180 days of this Order.

SIGNED this 20th day of May, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE