IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>$14,245.67 IN UNITED STATES CURRENCY SEIZED FROM CAPITAL ONE BANK ACCOUNT NO. XXX4049<br><br>$64,707.34 IN UNITED STATES CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. XXX1501<br><br>$78,451.83 IN UNITED STATES CURRENCY SEIZED FROM JP MORGAN CHASE BANK ACCOUNT NO. XXX2062<br><br>$344,900.00 IN UNITED STATES CURRENCY SEIZED FROM 117 KING RANCH COURT IN FORT WORTH, TEXAS,<br>        Defendant Property *In Rem*. | Civil Case No. 3:13-CV- 4495-N |

PLAINTIFF'S STATUS REPORT

Plaintiff United States of America ("the government") respectfully provides this status report, pursuant to the Court's May 20, 2014 Order to Stay Civil Forfeiture Action.

1.      On November 8, 2013, the government filed a Complaint for Forfeiture against funds seized from three bank accounts and a residence as proceeds of federal health care offenses. (*See* Dkt. #1.)

Plaintiff's Status Report– Page 1

2.       On March 27, 2014, claims were filed by three individuals/entities.  All three claimants are represented by Mr. Henry Ackels. (*See* Dkts. #8, 9, 10.)

3.       The Federal Bureau of Investigation (FBI) and U.S. Department of Health and Human Services – Office of Inspector General (HHS–OIG) have a related criminal investigation into alleged violations of federal health care laws by Noble Ezukanma, M.D., UNEC Group, Inc., and others, including making false statements relating to health care matters, health care fraud, and conspiracy.  Noble Ezukanma, M.D. has been aware of the investigation since approximately May 14, 2013.

4.       The government understands that the status of the criminal investigation described above has not changed and that the criminal investigation is ongoing.

> Respectfully submitted,
>
> SARAH R. SALDAÑA
> UNITED STATES ATTORNEY
>
>  */s/ Lea A. Carlisle*
> LEA A. CARLISLE
> Assistant United States Attorney
> Texas State Bar No. 24031793
> 1100 Commerce Street, Third Floor
> Dallas, TX 75242-1699
> Telephone: 214-659-8600
> Facsimile: 214-659-8803
> lea.carlisle@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on November 13, 2014, I electronically filed this document with the Clerk for the United States District Court, Northern District of Texas, using the electronic case filing ("ECF") system. The ECF system will send a "Notice of Electronic Filing" to all parties/counsel for record who have consented in writing to accept the Notice as service of this document by electronic means.

                                                        */s/Lea A. Carlisle*
                                                        Lea A. Carlisle